IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keithen Jones, :
:
      Plaintiff(s), :
: Case Number: 1:14cv748
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 16, 2015 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 5, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is REVERSED and REMANDED for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

                                                                                                              ___s/Susan J. Dlott_____
                                                                                                             Judge Susan J. Dlott
                                                                                                             United States District Court